**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| PHILIP HENNINGSEN, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Case No. 14-80566-CIV-DIMITROULEAS |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| THE ADT CORPORATION, NAREN GURSAHANEY, KATHRYN A. MIKELLS, MICHAEL S. GELTZEILER, KEITH A. MEISTER, AND CORVEX MANAGEMENT, LP, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| | | Case No. 14-80862-CIV-DIMITROULEAS |
| SARATOGA ADVANTAGE TRUST LARGE CAPITALIZATION VALUE PORTFOLIO, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| THE ADT CORPORATION, NAREN GURSAHANEY, KATHRYN A. MIKELLS, MICHAEL S. GELTZEILER, KEITH A. MEISTER, AND CORVEX MANAGEMENT, LP, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**<u>NOTICE OF APPEAL</u>**

Notice is hereby given that Lead Plaintiffs IBEW Local 595 Pension and Money Purchase Pension Plans, Macomb County Employees' Retirement System, and KBC Asset Management NV, individually and on behalf of all others similarly situated, in the above-named case, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Final Order of Dismissal ("Final Order") entered by the district court on July 8, 2015, which dismissed this action with prejudice. Doc. 115. This Notice encompasses the Final Order as well as all prior and subsequent rulings related to the Final Order, including the Order Granting Defendants' Motions to Dismiss entered by the district court on June 4, 2015. Doc. 114.

DATED: August 7, 2015                     ROBBINS GELLER RUDMAN
                                              & DOWD LLP


                                              */s/ Jack Reise*
                                              JACK REISE

                                              JACK REISE (FL Bar No. 058149)
                                              STEPHEN R. ASTLEY (FL Bar No. 0139254)
                                              ELIZABETH A. SHONSON (FL Bar No. 22282)
                                              ANDREW T. REES (FL Bar No. 0062247)
                                              120 East Palmetto Park Road, Suite 500
                                              Boca Raton, FL  33432
                                              Telephone:  561/750-3000
                                              561/750-3364 (fax)
                                              jreise@rgrdlaw.com
                                              sastley@rgrdlaw.com
                                              eshonson@rgrdlaw.com
                                              arees@rgrdlaw.com

                                              ROBBINS GELLER RUDMAN
                                                & DOWD LLP
                                              SHAWN A. WILLIAMS
                                              Post Montgomery Center
                                              One Montgomery Street, Suite 1800
                                              San Francisco, CA  94104
                                              Telephone:  415/288-4545
                                              415/288-4534 (fax)
                                              shawnw@rgrdlaw.com

1

2

MOTLEY RICE LLC
JAMES M. HUGHES (*pro hac vice*)
WILLIAM H. NARWOLD (*pro hac vice*)
WILLIAM S. NORTON (*pro hac vice*)
CHRISTOPHER F. MORIARTY (*pro hac vice*)
28 Bridgeside Blvd.
Mount Pleasant, SC  29464
Telephone:  843/216-9000
843/216-9450 (fax)
jhughes@motleyrice.com
bnarwold@motleyrice.com
bnorton@motleyrice.com
cmoriarty@motleyrice.com

*Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 7, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ Jack Reise*
JACK REISE